

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2017

No. 04-16-00493-CR

Jose **GUTIERREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11673
Honorable Pat Priest, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on December 15, 2016. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to January 17, 2017. On January 17, 2017, the appellant filed a motion requesting an additional extension of time to file the brief until February 16, 2017, for a total extension of sixty days. The motion is GRANTED. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**. The Appellant's brief must be filed by February 16, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2017.

Keith E. Hottle
Clerk of Court